*Cyrus R. Vance, Jr., District Attorney*, New York City (*Timothy C. Stone* of counsel), for respondent.

*Flemming Zulack Williamson Zauderer LLP*, New York City (*Megan P. Davis* of counsel), for Appellate Courts Committee of the New York County Lawyers' Association, amicus curiae.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant has not demonstrated the absence of a legitimate explanation for his appellate counsel's failure to brief the issue whether his guilty plea should be vacated under *People v Catu* (4 NY3d 242 [2005]; *see People v Borrell*, 12 NY3d 365, 369 [2009]; *People v Rivera*, 71 NY2d 705, 709 [1988]).

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by Seneca Nation of Indians for leave to file a brief

amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by Day Wholesale, Inc. for leave to file a brief amicus curiae on the appeal herein denied.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by New York State Association of Counties et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010

Motion by American Cancer Society, Eastern Division Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

CAYUGA INDIAN NATION OF NEW YORK, Respondent, v DAVID S. GOULD, as Cayuga County Sheriff, et al., Appellants, et al., Defendants.

Submitted February 16, 2010; decided February 18, 2010